# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### READING DIVISION

| | |
|---|---|
| In re:<br><br>**Janet L. Frankenfield,**<br>　　　Debtor,<br>**MORTGAGE ASSETS MANAGEMENT, LLC**<br>Movant,<br>v.<br>**Janet L. Frankenfield,**<br>　　　Debtor/Respondent,<br>**Wallace F. Frankenfield,**<br>　　　Co-Debtor,<br>**Scott F. Waterman, Esquire,**<br>　　　Trustee/Respondent. | Bankruptcy No. 24-12762-pmm<br><br>Chapter 13 |

## ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR STAY

AND NOW, upon consideration of Mortgage Assets Management, LLC's Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. § 362(d) and 11 U.S.C. § 1301, any response thereto and that it is not necessary for an effective reorganization, it is hereby

ORDERED, that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby MODIFIED with respect to Mortgage Assets Management, LLC; and it is further

ORDERED, that Mortgage Assets Management, LLC, its successors and/or assignees be entitled to proceed with appropriate state court remedies against the property located at 3655 Nijaro Road Bethlehem, PA 18020, including without limitation a sheriff's sale of the property, and it is further

~~ORDERED, that Mortgage Assets Management, LLC's request to waive the 14-day stay period pursuant to Fed.R.Bankr.P. 4001(a)(3) is granted.~~

BY THE COURT

*Patricia M. Mayer*

**Date: February 4, 2025**

Hon. Patricia M. Mayer
U.S. Bankruptcy Court Judge